UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                              Honorable Terrence G. Berg

-vs-

                                              Docket No: 0645 2:20CR20011-001

MAGANA, DANIEL,

        Defendant,

_____/

ORDER TO EXTEND DEFENDANT'S PRISON REPORT DATE

This matter having come before the Court by stipulation of the Parties;

IT IS HEREBY ORDERED that Defendant, Daniel Magana, shall be granted a thirty (30) day extension to report to prison from the current report date of July 15, 2022, and his new report date shall be August 15, 2022, or a later date as directed by the United States Marshal or Bureau of Prisons.

        SO ORDERED.


                                              /s/Terrence G. Berg                   /
                                              HON. TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

Dated: July 14, 2022